FILED
2010 MAY 18 A 9:49

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                           No CV _____

Jim Gerhart Price,                          ORDER

    State Bar No 119324
_____/

    The court has received a letter from counsel for Jim Gerhart Price advising the court that Mr Price was suspended by the United States Bankruptcy Court for the Northern District of California for a period of 60 days, effective April 20, 2010, and that Mr Price does not oppose an imposition of a reciprocal 60-day suspension by this court.

    The court now orders Jim Gerhart Price removed from the roll of attorneys authorized to practice before this court for a period of 60 days effective as of the date of this order.

    IT IS SO ORDERED.

                                              VAUGHN R WALKER
                                              United States District Chief Judge